Jilbert Tahmazian, Esq. (SBN. 143574)
Justin Tahmazian, Esq. (SBN 316271)
John Ybarra, Esq. (SBN 264140)
TAHMAZIAN LAW FIRM, P.C.
1518 West Glenoaks Blvd.
Glendale, California 91201
Telephone: (818) 242-8201
Facsimile: (818) 242-2846
jilbert@jilbertlaw.com
justin@jilbertlaw.com
john@jilbertlaw.com

Attorneys for Plaintiff and Counter-Defendant,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TCB AUTO DETAILING & CLEANING SERVICES, INC.;<br><br>            Plaintiff,<br><br>    v.<br><br>IAA SERVICES, INC., and DOES 1-10, inclusive;<br><br>            Defendant. | Case No. 2:21-cv-03185-FLA-AS<br><br>FIRST AMENDED COMPLAINT |
| INSURANCE AUTO AUCTIONS, INC.;<br><br>            Counter-Claimant,<br><br>    v.<br><br>TCB AUTO DETAILING & CLEANING SERVICES, INC., and DOES 1-10, inclusive;<br><br>            Counter-Defendant. | |

**FIRST AMENDED COMPLAINT**

1. **COMES NOW** Plaintiff and Counter-Defendant, TCB AUTO DETAILING & CLEANING SERVICES, INC., ("Plaintiff" or "TCB" or "Counter-Defendant") who asserts

-1-

FIRST AMENDED COMPLAINT

these claims against Defendant, INSURANCE AUTO AUCTIONS, INC. ("Defendant" or "IAA" or "Counter-Claimant"), and alleges and avers as follows:

## JURISDICTION

2. TCB is a California corporation with its principal place of business in California.

3. IAA is an Illinois corporation with its principal place of business in Illinois.

4. TCB may later amend this First Amended Complaint ("FAC") to name additional parties that are currently unknown but may later become known to TCB through further discovery and investigation.

5. Subject-matter jurisdiction is vested in the United States District Court for the Central District of California by virtue of 28 U.S.C. § 1332. TCB is domiciled in California, and has different citizenship than Defendant and Counterclaimant, who is domiciled in Illinois. The amount in controversy exceeds $75,000, exclusive of interest and costs.

6. IAA is subject to personal jurisdiction in the Central District of California.

## INTRADISTRICT ASSIGNMENT

7. TCB is informed and believes, and thereon alleges, that venue is proper in this Judicial District because this case, originally filed in the Superior Court of California, County of Los Angeles, was removed to this Court by IAA pursuant to 28 U.S.C. § 1441(a). The state court action was filed in the County of Los Angeles, which serves as the basis for assignment to the Western Division of the United States District Court, Central District of California.

## FIRST CAUSE OF ACTION

(Breach of Contract)

8. On January 4, 2019, TCB entered into a written and oral contract with IAA. A copy of the contract is attached as "EXHIBIT 1." The terms of the oral contract are the same as the written contract. However, the oral contract also included that TCB was going to service other locations including Anaheim, Fremont, Sacramento, and East Bay.

9. On September 11, 2020, IAA breached the contract by refusing to pay outstanding invoices and refused to continue to abide by the contractual terms. As a result of IAA's breach, TCB has suffered actual injury.

## SECOND CAUSE OF ACTION

(Breach of Promise – Promissory Estoppel)

10. On January 4, 2019, TCB entered into an oral agreement with IAA. The terms of the oral agreement are the same as the terms found in written contract attached as "EXHIBIT 1." However, the oral agreement included that IAA promised TCB that TCB was going to service other locations including Anaheim, Fremont, Sacramento, and East Bay.

11. TCB actually relied on the promise of IAA and purchased machines and equipment to deliver the requested services. TCB's reliance on the promise was reasonable and foreseeable.

12. On September 11, 2020, IAA breached the contract by refusing to pay outstanding invoices and refused to continue to abide by the promised terms. Because of TCB's detrimental reliance on IAA's promise, TCB has suffered actual injury including, but not limited to, the cost of the equipment, supplies and other expenses related to IAA's promise.

## PRAYER

WHEREFORE, TCB prays for judgment as follows:

1. For monetary damages, according to proof, in an amount in excess of $75,000;
2. That TCB be awarded reasonable attorney's fees and the costs associated with this suit; and
3. That the Court awards such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

COMES NOW TCB and demands a jury trial on all issues.

DATED: July 1, 2021                                TAZMAZIAN LAW GROUP, P.C.


By: /s/ John R. Ybarra_____
  JOHN R. YBARRA
  Attorneys for Plaintiff and Counter-Defendant

TAHMAZIAN LAW FIRM, PC
1518 West Glenoaks Blvd.
Glendale, CA 91201

-3-

FIRST AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 1

26
27
28

TAHMAZIAN LAW FIRM, PC
1518 West Glenoaks Blvd.
Glendale, CA 91201

-4-

FIRST AMENDED COMPLAINT

GENERAL SERVICE AGREEMENT

THIS GENERAL SERVICE AGREEMENT (the "Agreement") dated this 4th day of January, 2019

BETWEEN:

IAA Inc of 7245 Laurel Canyon Blvd, North Hollywood, CA 91605, USA
(the "Client")

- AND -

TCB Auto Detail & Cleaning Services Inc of 7750 Le Berthon St, Tujunga, CA 91042, USA
(the "Contractor").

BACKGROUND:

A. The Client is of the opinion that the Contractor has the necessary qualifications, experience and abilities to provide services to the Client.

B. The Contractor is agreeable to providing such services to the Client on the terms and conditions set out in this Agreement.

IN CONSIDERATION OF the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the Client and the Contractor (individually the "Party" and collectively the "Parties" to this Agreement) agree as follows:

Services Provided

1. The Client hereby agrees to engage the Contractor to provide the Client with services (the "Services") consisting of:

    - Cleaning of vehicles in Drop Zone, Generic and State Farm vehicles 2009 and down for $7 which is de-trashing and removal of personal belongings, and State Farm 2009 and above for $15 which consist of washing exterior, vacuuming interior as well as de-trashing and removal of personal belongings . Also we will be providing cleaning of all debris in General Inventory & Drop Zone for $2,400 a month ( INV$1,500 & DZ $900), Also we

Page 1 of 7

will washing all sale vehicle weekly for a set price of $3.68 per vehicle.

2. The Services will also include any other tasks which the Parties may agree on. The Contractor hereby agrees to provide such Services to the Client.

Term of Agreement

3. The term of this Agreement (the "Term") will begin on the date of this Agreement and will remain in full force and effect until January 3, 2025, subject to earlier termination as provided in this Agreement. The Term of this Agreement may be extended by mutual written agreement of the Parties.

4. In the event that either Party breaches a material provision under this Agreement, the non-defaulting Party may terminate this Agreement and require the defaulting Party to indemnify the non-defaulting Party against all reasonable damages.

Performance

5. The Parties agree to do everything necessary to ensure that the terms of this Agreement take effect.

Currency

6. Except as otherwise provided in this Agreement, all monetary amounts referred to in this Agreement are in US Dollars.

Compensation

7. For the services rendered by the Contractor as required by this Agreement, the Client will provide compensation (the "Compensation") to the Contractor as follows:

    - Daily billing of vehicles in Drop Zone: Generic's & SF 2009 and below $7
      Daily billing of vehicles in Drop Zone: SF 2009 and newer $15
      Cleaning of Debris in Inventory $1,500
      Cleaning of Debris in Drop Zone $900
      Washing of Sale vehicles weekly @ $3.68.

8. The Compensation as stated in this Agreement does not include sales tax, or other applicable duties as may be required by law. Any sales tax and duties required by law will be charged to the Client in addition to the Compensation.

### Reimbursement of Expenses

9. The Contractor will not be reimbursed for expenses incurred by the Contractor in connection with providing the Services of this Agreement.

### Confidentiality

10. Confidential information (the "Confidential Information") refers to any data or information relating to the business of the Client which would reasonably be considered to be proprietary to the Client including, but not limited to, accounting records, business processes, and client records and that is not generally known in the industry of the Client and where the release of that Confidential Information could reasonably be expected to cause harm to the Client.

11. The Contractor agrees that it will not disclose, divulge, reveal, report or use, for any purpose, any Confidential Information which the Contractor has obtained, except as authorized by the Client. This obligation will end on the expiration or termination of this Agreement.

12. All written and oral information and materials disclosed or provided by the Client to the Contractor under this Agreement is Confidential Information regardless of whether it was provided before or after the date of this Agreement or how it was provided to the Contractor.

### Non-Competition

13. Other than with the express written consent of the Client, which will not be unreasonably withheld, the Contractor will not be directly or indirectly involved with a business which is in direct competition with the particular business line of the Client, divert or attempt to divert from the Client any business the Client has enjoyed, solicited, or attempted to solicit, from other individuals or corporations, prior to the expiration or termination of this Agreement. This obligation will end on the expiration or termination of this Agreement.

### Non-Solicitation

14. The Contractor understands and agrees that any attempt on the part of the Contractor to induce other employees or contractors to leave the Client's employ, or any effort by the Contractor to interfere with the Client's relationship with its employees or other service providers would be harmful and damaging to the Client.

15. Until this agreement expires or is terminated, the Contractor will not in any way directly or indirectly:

    a.    induce or attempt to induce any employee or other service provider of the Client to quit employment or retainer with the Client;

    b.    otherwise interfere with or disrupt the Client's relationship with its employees or other service providers;

    c.    discuss employment opportunities or provide information about competitive employment to any of the Client's employees or other service providers; or

    d.    solicit, entice, or hire away any employee or other service provider of the Client.

### Ownership of Materials and Intellectual Property

16. All intellectual property and related materials (the "Intellectual Property") including any related work in progress that is developed or produced under this Agreement, will be the property of the Contractor. The Client is granted a non-exclusive limited-use license of this Intellectual Property.

17. Title, copyright, intellectual property rights and distribution rights of the Intellectual Property remain exclusively with the Contractor.

### Return of Property

18. Upon the expiry or termination of this Agreement, the Contractor will return to the Client any property, documentation, records, or Confidential Information which is the property of the Client.

### Capacity/Independent Contractor

19. In providing the Services under this Agreement it is expressly agreed that the Contractor is acting as an independent contractor and not as an employee. The Contractor and the Client acknowledge that this Agreement does not create a partnership or joint venture between them, and is exclusively a contract for service.

### Notice

20. All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and delivered to the Parties of this Agreement as follows:

    a.    IAA Inc
            7245 Laurel Canyon Blvd, North Hollywood, CA 91605, USA

    b.    TCB Auto Detail & Cleaning Services Inc
           7750 Le Berthon St, Tujunga, CA 91042, USA

or to such other address as any Party may from time to time notify the other.

### Indemnification

21. Except to the extent paid in settlement from any applicable insurance policies, and to the extent permitted by applicable law, each Party agrees to indemnify and hold harmless the other Party, and its respective affiliates, officers, agents, employees, and permitted successors and assigns against any and all claims, losses, damages, liabilities, penalties, punitive damages, expenses, reasonable legal fees and costs of any kind or amount whatsoever, which result from or arise out of any act or omission of the indemnifying party, its respective affiliates, officers, agents, employees, and permitted successors and assigns that occurs in connection with this Agreement. This indemnification will survive the termination of this Agreement.

### Insurance

22. The Contractor will be required to maintain general liability insurance including coverage for bodily injury and property damage at a level that would be considered reasonable in the industry of the Contractor based on the risk associated with the characteristics of this Agreement and only to the extent permitted by law. All insurance policies will remain materially unchanged for the duration of this Agreement.

### Legal Expenses

23. In the event that legal action is brought to enforce or interpret any term of this Agreement, the prevailing Party will be entitled to recover, in addition to any other damages or award, all reasonable legal costs and fees associated with the action.

### Modification of Agreement

24. Any amendment or modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement will only be binding if evidenced in writing signed by each Party or an authorized representative of each Party.

### Time of the Essence

25. Time is of the essence in this Agreement. No extension or variation of this Agreement will operate as a waiver of this provision.

### Assignment

26. The Contractor will not voluntarily, or by operation of law, assign or otherwise transfer its obligations under this Agreement without the prior written consent of the Client.

### Entire Agreement

27. It is agreed that there is no representation, warranty, collateral agreement or condition affecting this Agreement except as expressly provided in this Agreement.

### Enurement

28. This Agreement will enure to the benefit of and be binding on the Parties and their respective heirs, executors, administrators, successors and permitted assigns.

### Titles/Headings

29. Headings are inserted for the convenience of the Parties only and are not to be considered when interpreting this Agreement.

### Gender

30. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

### Governing Law

31. It is the intention of the Parties to this Agreement that this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed, to the exclusion of the law of any other forum, by the laws of California, without regard to the jurisdiction in which any action or special proceeding may be instituted.

### Severability

32. In the event that any of the provisions of this Agreement are held to be invalid or unenforceable in whole or in part, all other provisions will nevertheless continue to be valid and enforceable with the invalid or unenforceable parts severed from the remainder of this Agreement.

#### Waiver

33. The waiver by either Party of a breach, default, delay or omission of any of the provisions of this Agreement by the other Party will not be construed as a waiver of any subsequent breach of the same or other provisions.

**IN WITNESS WHEREOF** the Parties have duly affixed their signatures under hand and seal on this 4th day of January, 2019.

IAA Inc

Per: _____ (Seal)
     Dave Coleman   Branch Manager

TCB Auto Detail & Cleaning Services Inc

Per: _____ (Seal)

Marline Mia Khudaverdyan

Copyright 2002-2020, LegalContracts.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1518 West Glenoaks Boulevard, Glendale, CA 91201.

**FIRST AMENDED COMPLAINT; CIVIL CASE COVER SHEET**

On July 1, 2021, I served the foregoing document described as:

**XXX** Emailed a true and correct copy to:

Jack C. Henning, Esq.
Dillingham & Murphy, LLP
601 Montgomery Street, Suite 1900
San Francisco, California 94111
jch@dillinghammurphy.com

**[ ]** (BY MAIL) I deposited such envelope with postage fully prepaid in the United States mail at Encino, California.

[ ] (BY FACSIMILE) I caused the above referenced document to be transmitted via facsimile to the fax number listed above.

[ ] (HAND DELIVERY) I delivered the above listed document by personally delivering a copy to:
    name of party and address,   at   : am/pm

[ X ] (BY ELECTRONIC MAIL) I caused the above referenced document to be transmitted via electronic mail to the email address listed above.

[ ] (BY FEDERAL EXPRESS) I caused such envelope to be deposited in a Federal Express drop off box at Encino, California.

**XXX** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 1, 2021, at Glendale, California.

BY: John R. Ybarra
JOHN R. YBARRA

FIRST AMENDED COMPLAINT